■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM BURTON, Appellant. [625 NYS2d 938] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered December 21, 1990, convicting him of attempted criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defen-

dant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.